MIA AND TOMMY VIG
A married couple (both 85)
Americans retired in Hungary
plaintiffs in pro per
Révay utca 22 1/1
Budapest, Hungary 1065
Tel: 36 1 266 9882
klasszikusjazz@gmail.com

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

FEB 20 2024

David W. Slayton, Executive Officer/Clerk of Court

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| **MIA AND TOMMY VIG, a married couple,** | Case No.: **24STLC01180** |
| **Plaintiffs,** | **COMPLAINT FOR PERMANENT INJUNCTION** |
| **vs.** | **Limited Civil Case** |
| **LUCAS FOSTER, an individual; and DOES 1 through 10, inclusive,** | **Amount demanded does not exceed $10,000** |
| **Defendants.** | |

## INTRODUCTION

1.  Based on the Third Amendment of our Constitution, Mia and Tommy Vig (aged 85) Americans retired in Budapest, Hungary, Social Security Numbers: MIA VIG: 530 28 4156, TOMMY VIG: 143 32 5836, in the interest of justice respectfully submit this Complaint for a Restraining Order against Defendants American movie producer Lucas Foster and his Associates living and working in Los Angeles.

///

**FACTS OF THE CASE**

2.      In 2008 a Kim Sister Sue Kim Bonifazio paid $25,000 to a Sarah Gerdes to publish a counterfeit book about The Kim Sisters, defaming (among others) the only other living Kim Sister, Mia, and her husband, Tommy, Plaintiffs. (Married in Las Vegas since 1967)

3.      Mia and Tommy sued Gerdes in Idaho and a Judge Mitchell was assigned to hear the case. The judge committed Fraud on the Court (he is a family friend of defendant Gerdes including playing golf with Gerdes' husband), and the law is: ***"Fraud upon the court made void the orders and judgments of that court."*** That is how *de jure* at the end of the day in fact Gerdes lost the case.

4.      Gerdes admitted several times, and in several ways, including in her responses to Requests for Admissions that the defamatory stories in her book regarding Mia and Tommy were not true. The book was actually written for Gerdes by professional ghostwriter Chris Healey, and Mia (the only other living KIM SISTER!) was unfairly and illegally refused to be interviewed for the book, even though she had offered in writing (2012) to cooperate, and the book, a virtual "BOOK OF LIES" was suddenly self-published by Gerdes in 2016 in Idaho.

5.      Film producer Lucas Foster was approached by Gerdes to produce a show of The Kim Sisters based on her such "Book of Lies" and Mr. Foster acquired the rights from Kim Sister Sue Bonifazio and Sarah Gerdes to produce such show.

6.      There is no reason to believe that such production now planned by defendant Lucas Foster and his associates would not continue to defame Plaintiffs with factually presented lies, not opinions, and Lucas Foster has categorically, refuses to agree in writing that he would not produce a show that does not defame Plaintiffs with untrue presentations.


**THIS INJUNCTION COMPLAINT IS SIMPLE, LOGICAL, AND BADLY NEEDED.**

7.      Mia and Tommy respectfully request an order by this Honorable Court to prohibit Mr. Lucas Foster and his associates/partners and specifically including Sarah Gerdes, to produce a show of any kind using the name KIM SISTERS without the express, written

permission of Plaintiffs agreeing in a signed contract that such film would set forth Plaintiff Kim Sister Mia's side of the story as well, to protect the Vigs from further defamation, or **in the alternative** Mia Kim and Tommy Vig must not be mentioned in such show in question in any way, shape or form, including on Plaintiffs' rights based (1) on the facts as set forth in this Complaint as well as based on (2) INVASION OF PRIVACY, (3) COPYRIGHT INFRINGEMENT, (4) CONTINGENT LIABILITY, (5) DEFAMATION, and (6) RIGHT TO PUBLICITY.

8.    ***This complaint does not try to suppress free speech***, but to date the proven facts clearly indicate that without a doubt the show planned by Lucas Foster and associates would continue the presentation the defamatory lies against Plaintiffs, and the First Amendment does not approve of defaming innocent persons with lies, and the planned production does not promise to express OPINIONS (as the Gerdes book never did either!), but it would present defamatory lies as facts as the 2016 Gerdes book consistently does. Therefore, injunctive relief in this case would be fair and just, especially since defendants do have the choice to simply completely omit Plaintiffs from their show and not use the words THE KIM SISTERS therein:

    a.    Plaintiffs' story is demonstrated in *Exhibit 1*.

    b.    The facts of the Idaho lawsuit are contained in *Exhibit 2*.

    c.    Gerdes' legal admissions are set forth in *Exhibit 3*.

    d.    Plaintiffs' recent plea to Defendants is reproduced in *Exhibit 4*.

    e.    A relevant letter by Plaintiffs to Defendant Foster is reproduced in *Exhibit 5*.

9.    Plaintiffs allege:

    a.    Plaintiffs, Americans Mia and Tommy Vig (85) are, and at all times mentioned in this complaint were natural persons retired in Budapest, Hungary.

    b.    At all times alleged herein, Mia and Tommy are exposed to have their rights taken away from them by Defendants, including by (1) invading their privacy, (2) by infringing on their copyrighted material such as photos, videos and etc., by (3) contingent

3

COMPLAINT FOR PERMANENT INJUNCTION

liability (negatively interfering with the continued musical performances by Mia and Tommy),
by (4) defamation (please see Exhibit 3), and (4) by their right to publicity (in this case the
intended bad publicity by defendants would be permanently detrimental to Plaintiffs reputation
and work.

    c.  Defendant Lucas Foster is, and at all times mentioned in this complaint is
a movie producer, planning to produce a show, defaming the Vigs. Please see the Exhibits
attached hereto.

    d.  Defendants Doe 1 through Doe 10, inclusive, are sued in this complaint
under fictitious names. Their true names and capacities are unknown to plaintiff. When their
true names and capacities are ascertained, plaintiff will amend this complaint by inserting their
true names and capacities herein. (Plaintiff is informed and believes and thereon alleges, that
each of the fictitiously named defendants is responsible in some manner for the occurrences
alleged in this complaint, and that Plaintiff's expected damages as alleged in this complaint
would be proximately caused by those defendants.)

### FIRST CAUSE OF ACTION

(For Preliminary and Permanent Injunction
Against Lucas Foster, and DOES 1-10, inclusive)

  10.  Beginning on or about 2016 defendants, and each of them, to this day have
wrongfully and unlawfully threatened Plaintiffs to produce a show of The Kim Sisters, based on
a fake book published by a Sarah Gerdes, defaming Plaintiffs, harming our rights, and no matter
what, defendants are at present set to go ahead and produce such defaming film or other type of
show unless the Court protects Tommy and Mia.

  11.  We (Plaintiffs Tommy and Mia) have written numerous emails to defendants and
called them long distance to demand that defendants refrain from producing a show which would
continue to defame Plaintiffs. They refused to agree. Below is reproduced one of our more recent
unanswered such letters:

///

4

"Dear Lucas and Mo,

I respectfully call your attention to the fact that if you were to leave out Mia's truths of your Kim Sisters film, you would be committing "Libel by Omission" -- which is defamation in fact.

By ignoring Mia's side of the story, you would be creating false, untrue information about one of the two surviving Kim Sisters and specifically in this case, when you know the whole truth and when Mia has specifically demanded that you do not defame her directly or indirectly in your planned film. Creating a false impression with otherwise true statements is LIBEL BY OMISSION.

The Kim Sisters' story IS a beautiful story as far as their talent and success are concerned, but Ai Ja and Mia forever suffering under bad Sue Kim IS part of the story, and so is the fact that Sue Kim stole most of the money from her sisters, and her threats to her mother directly caused Lee Nan Young's suicide, and her paying Sarah Gerdes 25000 dollars to publish a 100% false tale of The Kim Sisters and 500 other proven facts are all integral, crucially important part of all that happened, and would certainly continue to happen re making a one-sided film.

Thank you for being good human beings and not try to make money by hurting innocent, good people in any way, shape or form.

Best Regards,

Tommy Vig"

12.    We the Plaintiffs called the defendants, spoke at length on the phone and sent 20 emails to them during the past three months: 2022. Mach, April, May: they always insisted on producing the defaming movie.

13.    Defendants' threatened wrongful conduct, unless and until enjoined and restrained by order of this court, will cause great and irreparable injury to plaintiff such as permanently ruining the reputations of Plaintiffs to the point that Mia and Tommy will not be able to continue

///

their performances on stage and television and their name will forever be unfairly painted as bad people.

14.    Plaintiffs have no adequate remedy at law for the injuries threatened as an award of monetary damages would not provide an adequate remedy and we do not want any money, Mia and Tommy just want to be left out of any movie that defames their persons.

**PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff prays judgment against defendant(s) as follows:

1.    For an order requiring defendant(s) to show cause, if any they have, why they should not be enjoined as set forth in this complaint, during the pendency of this action;

2.    For a preliminary injunction, and a permanent injunction, all enjoining defendants, and each of them and their agents, servants, and employees, and all persons acting under, in concert with, or for them:

    a.    Defendants should be ordered not to produce a show of The Kim Sisters without Plaintiffs' in advance of production agreeing in writing to the contents of the film, prohibiting Defendants not to exclude of the contents of such film Plaintiffs' side of the Kim Sisters' story, **or in the alternative**, Defendants should be forbidden to use Plaintiffs' name, photos, videos, and be ordered not to refer to Plaintiffs Mia or Tommy in any way and in any context whatsoever in this presentation and not use the words THE KIM SISTERS.

    b.    Defendants should be ordered to leave Plaintiffs Mia and Tommy in peace, stop threatening them or hurt them in any way.

3.    For costs of suit incurred in this action; and

///
///
///
///
///

COMPLAINT FOR PERMANENT INJUNCTION

4.   For such other and further relief as the court deems proper.

Dated: 2/9/24

By: _____

Mia and Tommy Vig
In Pro Per
(Since both of us are extremely hard of hearing,
Internet or postal communications are respectfully requested of this Honorable Court.)
Home address: Révay utca 22 1/1 Budapest, Hungary 1065
Email: klasszikusjazz@gmail.com, or tommyvig@t-online.hu
Phone: +36 1 266 9882

Social Security No. MIA VIG: 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
Social Security No. TOMMY VIG: 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

7

# EXHIBIT 1

# THE TRUE STORY



**Tommy Vig**

7

Truth is an absolute defense against defamation.
In this book you will not find a single word which is not true.

It is important, because I tell the truth about some very bad people who will do everything possible to discredit the facts presented here.

And these individuals are lawless: "everything possible" means just that, including using violence and murder.

You might ask, if I am facing such people: why would I risk writing and publishing this small volume? An excellent question...

To explain: I am a composer and I write serious music, music that most people do not understand and will not pay for hearing it.

(Example: https://www.youtube.com/watch?v=0qYx6O94yZ4)

You might again ask: What is the point of composing serious music then: you will not make money and you will not be a respected pop star.

To these questions I do not know the answers except to say that all of us are born different. Why did people revolt in Hong Kong, when they knew that they would go to jail or be killed when China moves in and starts controlling the city 100% according to Communist rules: no free speech, no human rights: an oppressive dictatorship.

We rose up in Hungary in 1956 knowing that at the end Communist Russia would destroy our Revolution. Why riot then, right?

Well, to some of us, freedom and truth are more important than anything, damn the torpedoes. That is the only explanation I can give to questions like: why risk your life for an idea? I do not know, but I believe one should.

Stupid?

May be.

But I like to live my life this way.

*Tommy Vig*

8

Dear Reader!

I am a musician (https://www.youtube.com/watch?v=0qYx6O94yZ4) not a writer, so if
you want to read a John Grisham type story, stop right now: this is not it .

This is merely a factual telling of the lives of Mia Kim (http://www.thekimsisters.com/)
and Tommy Vig (https://en.wikipedia.org/wiki/Tommy_Vig),

two people successful in the music business and in their marriage, and I tell about
some good and bad things that happened to us.

I greatly appreciate your interest, understanding and patience.
Very Sincerely,

*Tommy Vig*

9

1

For musicians like Mia and me, Las Vegas in the sixties was a fabulous
place to live and work.
Of course, Mia was a big star as one of The Kim Sisters, but I too was working
continually, making very good money, initially with Juan Garcia Esquivel's great
group at the Stardust (married Juan was Sue Kim's secret lover…)then I became the
house drummer at the new Caesars Palace Main Show Room under conductor Nat
Brandwynne, accompanying Tony Bennett, Woody Allen, Tony Curtis, Judy
Garland, Milton Berle and a hundred other big stars and visiting Broadway Shows
such as Sweet Charity.
And from 1964 Mia and I began our great love affair that lost nothing of its fire
today, 56 years later. I love Mia 24 hours a day. I am a lucky man!

Now, Sue Kim was one of the three famous Kim Sisters: Sue, Ai Ja, Mia.
She stole over 4 million dollars from Mia 1959-1976 and at present she is a
strikingly unsuccessful real estate agent in Las Vegas. Her husband, John Bonifazio
used to be an enforcer for casino bosses when the Mob owned Las Vegas. Poor Ai Ja
died. Mia is still performing in Europe, Korea and America and audiences love her.
You can watch her recent solo performances on YouTube.
(Example: https://www.youtube.com/watch?v=NfgaMnvwAxo)

2

Now take Sarah Gerdes.

Please!

She is a very smart and multi-talented businesswoman who now lives inCoeur
d'Alene, Idaho.  A nice place to be from, I understand…

She permanently operates as a kind of fixer. A middleman, arranging dealsfor money
among wealthy people and rich companies. That is her real job. An operator.

But she also masquerades as a novelist, self-publishing "her" books, writtenby
ghostwriters such as Mr. Chris Healey and other great talents, because Ms.
Gerdes does not really have a gift for writing books, but she has that ambition too.

No legitimate publisher seems to be interested in her writings: she self-publishes all
her books, and submits praising reviews of her own volumes at Amazon.com under
false names she invents, such as Randy Lee, Annon111, Brandi L and others.

One of her fake book projects started in 2008, when for $25,000 she contracted with
Sue Kim and her husband, John Bonifazio to publish a kind of Book of Revenge
starring Sue Kim and The Kim Sisters, a paid-for, fabricated, imaginary tale that
never was . . . Ms. Gerdes rewrote history and reinvented the sorry, troubled life of
her paying sponsor, Sue Kim.

This 100% fake, imaginary biography could best be compared to a book of history
called: "HOW NAZI GERMANY WON WORLD WAR TWO."

Now, evil Sue Kim lied to the Korean Media about her adopted sister Mia pretending
to be the biological daughter of Sue's mother Lee Nan Young, when Sue knew that
Mia never did that. The Mokpo Prosecutor is still waiting for Sue to show up for
questioning: defamation is a serious crime in Korea.

But Sue will never appear…one important reason: she had submitted to the Mokpo
authorities a forged contract dated 1987, stating that Mia had agreed not to use the
name Kim Sister.

The primitive forgery is pretty obvious: Mia's signature appears only on an irrelevant
sheet of paper stapled to the fake agreement with a metal fastener!

3

In her counterfeit volume Sarah Gerdes, a total stranger to us all, evilly smeared the
characters and reputations of many good people connected to The Kim Sisters who
died long ago and could not defend themselves, but she also besmirched and attacked
the honor and personality of my wife and me with wild stories 100% based on the
imaagination of Sue Kim, not reality and although Mia and I are 85, we are still very
much alive and would like to clear our names before we die.

We had tried to accomplish this peacefully, asking Ms. Gerdes to leave out of her
book the many lies she wrote about us, but she refused. The reason?

During litigation publisher Gerdes admitted in an answer to a Requests for
Admission that if Mia and I were murdered by Mafioso Bonifazio's "large men" (as
Ms. Gerdes called the Las Vegas casino's "collectors" in her book, these actual
hitmen working under John Bonifazio's direction), her volume would become a
bestseller, making her a lot of money.

Nice people . . .


4

For the incredible number of hateful lies in this revenge book, Mia and I sued the
author for defamation but lost at the district court level: the judge, a John Mitchell,
knows local Coeur d'Alene celebrity Sarah Gerdes well: her husband plays golf with
him.

Judge Mitchell is considered by many to be the worst judge in Idaho. He is one of
the most disqualified judges by lawyers and prosecutors alike and has one of the
highest records of being reversed.

In this case, in order to help defendant Gerdes, Judge Mitchell:

• abducted the responsibility of the Jury, not allowing 12 unconnected,
independent individuals to decide the facts of this case. The Judge instead
prearranged the facts all by himself in a transparently prejudiced manner, to shield
Ms. Gerdes from a fair jury trial, ignoring both the Seventh Amendment of our
Constitution and Idaho Section 7: "The right of trial by jury shall
remain inviolate."

12

The judge further:

distorted the meanings of documented realities in this civil case, by consistently misinterpreting everything according to his own, predetermined, unique preferences,

● ignored the attorneys' arguments, and acted in fact as the lawyer for the defendant,

● arbitrarily and unjustly reinterpreted long established, and respected Idaho laws and refused to comply with them, including:

1. IRCP 36: Requests for Admission,
2. IRCP 56: Summary Judgment Motions,
3. IRCP 15: Right to Amend a Complaint,
4. Idaho Section 7: "The right of trial by jury shall remain inviolate"

● essentially ignored the Idaho law controlling this case:
*Deloge v. Cortez* 131 Idaho 201 (1998),

● twisted facts which go against the defendant which act is called "Fraud on the Court," and

● in his final iniquitous Order District Judge Mitchell daringly misquoted libelous statements from the Gerdes Book, trying to give the open and shut published defamatory expressions non-existent meanings which had never been intended by the writer and were contrary to Gerdes' plain published words.

5

For instance, Ms. Gerdes, relying on a fabricated agreement dated 1987, knowingly falsely implied on page 285 of her Book that Mia tried to extort money from Sue in 1993!
Then Ms. Gerdes further stated another premeditated lie that Sue paid Mia $52,500 in 1993, and hoax publisher Gerdes then went on announcing to the world the ultimate falsity known by her to be an invention that „as soon as Mia received the money from Sue, Sue never heard from Mia again, that Mia forgot all the years of family, friendship, work" lacking basic human decency, essentially charging that Kim Sister Mia is a woman of low character, who is interested only in money.

13

During the lawsuit Ms. Gerdes numerous times admitted that this entire story she
advanced in her Book on page 285 was untrue, and that she had known that it was a
fabrication!

Indeed publisher Gerdes finally did delete the dishonest tale from the reprint of her Book, but with no apology to her readers, or to Mia, for Ms. Gerdes' originally publishing the lie assassinating Mia's character.

That particular falsehood that *"as soon as Mia received the money, she        forgot years of friendship, family and work and Sue never heard from her adopted sister again"* counts as *defamation per se* in Idaho.  Judge Michell reworded/deleted Gerdes' words, rendering them incomprehensible which was fraud on the court by the judge.

The truth is that in 1993 or 1987, or at any time there was no demand letter, no settlement agreement and no payment of $52,500 to Mia.  Zero.

For her Kim Sisters book, Sarah Gerdes had refused to interview Mia, besides Sue the only Kim Sister still alive!

Nor did Ms. Gerdes ever agreed to hear out Plaintiffs concerning the lies she was about to publish about us!

In America, according to tradition and The Journalistic Code of Ethics when you attack somebody's character in print, it is customary to allow the ambushed individual to comment on the charges against him, including giving the assailed person the opportunity to deny false accusations.

The First Amendment does not allow the ruining of the integrity and character of innocent people by knowingly publishing lies about them as is the proven case here. And phony author Gerdes *never* denied a single allegation of defamation against her by Mia or me.

6

I am Mia's husband since 1967, I wrote the most successful musical arrangements for The Kim Sisters and was an eyewitness to the true facts about the girls and the people around them.

Sarah Gerdes claims that she interviewed 75 people for her book and used a lot of printed sources, but none of her claims are true. Ms. Gerdes never sourced anything in the book, but due to these insane, oft-repeated baseless sourcing claims of hers, she does appear to be a malicious mythomaniac.

Ms. Gerdes does not know us, never spoke to us, yet she wrote more than 50 derogatory lies about Mia and me and without Mia's permission placed Mia's photo on the cover of her Book of Lies, implying that Mia agreed with the false stories printed in the book about her!

15

7

Sue's motivation for paying $25,000 to Gerdes to publish this Book of Libels against
Mia is simple. You don't have to be a Sigmund Freud to understand the hate you feel
against somebody from whom you stole 4 million dollars.
One of the interesting parts of the Gerdes book tells about the death of Lee Nan
Young, Sue's mother. Lee Nan Young was the most well-known vocalist in Korea
and she formed and trained The Kim Sisters back in the fifties.
In early 1965 night after night Sue was yelling on the telephone at her mother back
in Korea to pressure her to stop Lee Nan Young's relationship with a much younger
man and threatened to send her no more Kim Sisters' money. As a result, Sue's
mother's boyfriend left her, she became despondent and finally hung herself.
Sue was so ashamed about what she had done that she refused to go to her mother's
funeral: all the Koreans in show business close to Lee Nan Young knewwhat had
happened.
Ms. Gerdes revealed Sue's mother's suicide in the first sentence of her book, except
that in order to protect Sue, her paying sponsor, later in the book Ms.
Gerdes lied about the date of Lee Nan Young's death! It actually occurred in 1965,
however, according to her Book, the tragedy happened in 1964!
But truth never interferes with the story as told by Ms. Gerdes in her Book of
Defamations.
Now, in contrast, Mia's personality is incredibly beautiful. I know. We have been
together day and night for more than 55 years now. While Sue and Ai Ja fought, Mia
held The Kim Sisters together. Everybody knows this too.

8

From 1959 until 1973, when Sue perfidiously ousted Mia from The Kim Sisters, Mia
had never received a weekly or any other kind of salary for her work as a Kim Sister
while the act was making $10.000 a week!
Sue controlled all the money but would not release any of Mia's part of the income
insisting instead that Mia's third share of the money the three girls made was being
saved for her by their accountant Daniel Lembark.
This turned out to be a lie and meant that by 1973, traitorous Sue Kim stolemore than
2 million dollars from Mia, but that is not all.

9

The Kim Sisters' contract with the Stardust expired in 1973 and they had no offers
from other hotels to continue performing, their wonderful manager, poor Tom Ball
was dead: it looked like the end of a beautiful show business story.
Then I contacted my old friend Dave Victorson, who was then Director of
Entertainment at the Hilton. He was happy to see me and was interested in the Kim
Sisters and offered a deal to me for the girls to appear at the Hilton for $20,000 a
week, 6 months per year, for 3 years.
We shook hands on the deal and I called Sue with the great news: this was the best
contract the girls ever had and in fact saved the act!
Sue was not happy though, because her plan was to make her mobster husband John
Bonifazio the manager of the Kim Sisters and this deal was an unusual one: no
manager, no agent: all 20,000 dollars going directly to the girls.
I told Sue that I wanted nothing for procuring the contract.
David Victorson unexpectedly died a few days later!
When Sue heard the news, she sent her husband and another Mafioso, a Rocky
Sennes, to booking agent Art Engler, whose daughter Nancy was
Victorson's secretary, and together they modified the contract gangster style, to get
percentages for Rocky, Bonifazio and Engler.
Sue called me with this racket, yelling "WE HAVE THE CONTRACT NOW!" and
hung up, and for good measure disloyally ousted Mia from the act, replacing her with
an older sister, Jane.
Sue and John wanted to keep most of the weekly $20,000 and with Mia (and me) out
of the picture it would be much easier.

10

John Bonifazio then came to me at the Stardust Lounge, where the girls were
appearing for the last time, and said this, with that New York hoodlum accent and
looks: "WE KNOW WHERE YOUR SON GOES TO KINDERGARTEN!" Our
son, Roger was one year old then.
Nice, right?
The reality was that from 1959 through 1976 all told Sue embezzled more than 4
million dollars from Mia: today's worth a total of about $10 million!
John Bonifazio has threatened our lives more than once.

17

He might still have us killed: but luckily, he has reason to worry, the FBI has kept close watch on all his activities since the sixties and his threats against us are as well noted by the FBI in Budapest, Las Vegas Seoul and Washington, DC. (John's photo and the realities of his position in the Mob are documented in the FBI offices in Las Vegas (when I reported in person Bonifazio's threat against my son at their Las Vegas offices, the FBI agents showed me Bonifazio's extensive files on record, including his photographs…John's father Tony was a known crime figure in New York as well…)

## 11

Ai Ja's husband was Frank Pastore, a friend and fellow musician of mine.
He was a very good looking nice guy and a good drummer.
Sue was unhappy with Ai Ja, so she had her husband 6.4 John beat up poor Frank so badly that he had to flee Las Vegas and later committed suicide back in Baltimore.
Frank Pastore too came from an important Baltimore crime family and was very proud of it, telling me that "they were No. 1 in Baltimore," one night came over to my house in Las Vegas, crying like a baby, and telephoned his brothers in Baltimore, telling them this: "I WANT JOHN BONIFAZIO RUBBED OUT! "That was the first and only time I ever heard that expression.
His brother asked Frank: "WHERE ARE YOU CALLING FROM?" Frank: "TOMMY'S HOUSE" His brother: "TOMMY CAN HEAR THIS CONVERSATION?" Frank: "YES, HE IS SITTING RIGHT NEXT TO ME, BUT YOU DON'T HAVE TO WORRY ABOUT TOMMY!"

## 12

Ai Ja herself was so oppressed by Sue, her older sister, that she developed emotionally induced cancer and passed away in 1987.
**Ms. Gerdes in the first sentence in her Book revealed that Lee Nan Young killed herself!** Sue's mother's suicide and its circumstances relating to her daughter threatening her is still a major, shameful secret in Korea. The false cover story known to most outsiders still is that Lee Nan Young died of a heart attack. Mia wrote to Amazon.com complaining about Sarah Gerdes writing about the suicide of Lee Nan Young, and Gerdes removed that reference in subsequent editions. But the revelation could never be undone as expressed in the initial 2016 edition.

These facts are well known in the Korean show-business community, especially the contemporaries of Lee Nan Young, but Koreans are generally extremely secretive and private and do not like to talk about such things Lee Nan Young being an icon.

18

13

The Kim Sisters became major stars in America.
The trio had fantastic sexappeal, good vocal talent, exciting musical arrangements,
played more than 20 instruments, had fabulous stage presence andan excellent sense
of humor. There was never anything like The Kim Sisters before or since.
Ai Ja was wild and sexy, Mia was beautiful and nice, and Sue . . . well, she played
several instruments well enough and had some leadership qualities, but was a weak
singer and she was an insanely jealous individual. For instance, when she noticed
that the wife of one of her older brothers had a Mercedes, she went out of her mind
with envy, yelled and screamed at her sister in law, and bought a Mercedes for
herself the next day using Kim Sisters' money.

14

Mia and I met on the revolving stage at the Stardust Hotel Lounge.  She came from a
family of musicians and performers. At a very early age, both of us started
professional musical appearances in American jazz and pop music. Our extremely
similar early beginnings had only one difference: hers happened in Seoul, Korea,
mine in Budapest, Hungary!
Our two nations have a lot in common!
Koreans and Hungarians love freedom and American culture and American music!
In 2019, we celebrated 30 years of diplomatic relations between
Korea and Hungary.
Of course, Mia and I are both as American as apple pie, but when people ask us:
How come you have been happily married for over half a century? I respond with
humor: "WE DON'T UNDERSTAND EACH OTHER!"

15

But actually, we do!

And we live in Budapest today: a fun city!

Have season tickets to the Hungarian State Opera and the concerts of the MÁV
Symphony Orchestra and often go to Operettas and contemporary chamber music
concerts, enjoying the music of Bartók, Kodály, Ligeti, Penderecki and Lutoslavski.
We also both like football, our favorite team is Barcelona.

Mia plays tennis 3 times a week. I used to play, too, but because I lobbed too much,
at one point was politely but vigorously requested to cease and desist... however I
took karate for many years in Hawaii and LA and I practice my katas every
morning...

And we perform! Mia and I gave more than 150 concerts since we moved to Hungary
in 2006, often on television.

Sincere thanks!

*Tommy Vig*

Here are some photos of our lives . . .

20



MIA AND TOMMY WITH THEIR GROUP PERFORMING ATTHE KOREAN CULTURAL
FESTIVAL IN BUDAPEST 2017



Mia Kim, also known as Min-ja, a member of the Kim Sisters, is shown with her
husband Tommy Vig after their Jewish wedding ceremony in Temple Beth Sholom
in Las Vagas in 1967.

**TIME MAGAZINE** 1967 MARCH 21

22



MIA AND TOMMY IN SEOUL 2017



MIA 2018



MIA 1963



MIA WITH DEAN MARTIN



MIA PERFORMS AT MÜPA IN BUDAPEST 2017

25



MIA WITH THE MIMI SISTERS AND THE BARBERETTES IN SEOUL 2016



LEE NAN YOUNG, MIA'S ADOPTIVE MOTHER -MIA WAS HER FAVORITE DAUGHTER



MIA APPEARING ON AMERICAN TV, WITH LEE NAN YOUNG



THE VIGS IN 2018, BUDAPEST



MIA AND TOMMY WITH MOVIE PRODUCER DAEHYUN KIM ON THE RED CARPET
AT THE KOREAN MUSIC FESTIVAL 2017



MIA AND TOMMY DURING TV-INTERVIEW AFTERPERFORMING AT THE KOREAN
ART FESTIVAL AT THE BÁLNA IN BUDAPEST 2017



MIA PERFORMING ON TV IN BUDAPEST 2016



MIA WITH ED SULLIVAN



MIA AND TOMMY IN KOREA 2017



MIA AND TOMMY WITH PRODUCER DAEHYUN KIM AND THE BARBERETTES IN
SEOUL 2016



MIA AND TOMMY AT THE CULTURAL CENTERIN SEOUL 2015



MIA AND TOMMY WITH FRIENDS IN KOREA 2017
33



HERE TOO



ROGER VIG 3 ½ YEARS OLD PLAYING THE DRUMSIN HOLLYWOOD WITH HIS
FATHER'S BIG BAND



THE KIM SISTERS' MOST SUCCESSFUL CLOSING
MARIMBA NUMBER
ARRANGED BY TOMMY VIG

THE FOLLOWING FEW PAGES ARE
PHOTOGRAPHIC REPRODUCTIONS FROM AN
HONEST-TO-GOODNESS

## BOOK OF DEFAMATIONS

BY A FAKE AUTHOR NAMED SARAH GERDES.

THIS MYTHOMANIAC PROMOTER RECEIVED
$25,000 IN 2008 FROM A SUE KIM TO INVENT
AND PUBLISH WORLD-WIDE HUNDREDS OF
FABRICATIONS IN A HOAX BIOGRAPHY ABOUT
THE KIM SISTERS, LIBELING WITH UNTRUE
STORIES MANY HONEST PEOPLE WHO DIED
LONG AGO, AND DEFAMED MIA AND TOMMY
VIG, WHO ARE 80, BUT VERY MUCH ALIVE!

https://idahojustismord.com/



# SUE KIM

OF THE KIM SISTERS
THE AUTHORIZED BIOGRAPHY

## SARAH GERDES

*

* PUBLISHER GERDES FINALLY REVEALEAD THAT LEE NAN YOUNG COMMITTED SUICIDE!

## PREFACE

When Sook Ja Kim was four years old, sitting by the window on the third floor of her parent's thirteen-room mansion outside Seoul, she had no idea she would live through the capture and execution of one parent, the kidnapping and suicide of another. She couldn't have dreamed that poverty and near starvation would drive her and her siblings to perform for food, and that this talent would catapult her out of obscurity in Korea to the stage lights of Vegas by the age of nineteen. On that day, in the summer of 1943, she couldn't have foreseen the abuse and death of her closest sister nor the addiction and rehabilitation of brothers and relatives. Most of all, she had no concept of the Italian boy in New York, playing baseball on a dirty field in the Bronx, who she would meet, marry, and who would become the longest running casino boss in Las Vegas history. Together, they would shine as the most glamorous couple under the bright lights of the desert city for four decades and raise children and grandchildren, even as his occupation and her family threatened to tear it all apart. At that moment on that day, Sook Ja only knew stars existed in the sky, not on the stages around the world that was to be her destiny. For a few more hours, Sook Ja still had the pure, trusting, unconditional love of a sheltered child. They would be her last.

1

SARAH GERDES

family in under her care. It was during the train ride to Pusan that Ran had an idea, one that involved three singing girls, who she could brand as "sisters." She'd seen how easily her brother's daughter Min Ja Lee (pronounced Mee ya), complimented her own daughter's personalities. She was quiet, easy going and interested in learning about performing.

When Ran and her large group entered the old locomotive, she found all the seats were taken, so Ran and her kids sat on the floor, piling on one another's laps or standing to make room so that they could stay together. The occupants of the tight quarters tried not to touch one another. For hours, the train stood still. It didn't take long for fleas and lice to leave the entire group scratching their heads and other body parts. At Ja and the others children ruthlessly dug out the fleas on their arms, and felt the creeping and itching crawling of the lice burrow their way into their scalps. The time gave her a chance to consider the merits of her idea and convince her it was the only way to sustain her extended family.

Once the train began moving, Ran gathered her children around her. She was forming a new singing group, called The Kim Sisters. The group would include Sook Ja, At Ja and her brother's daughter, Min Ja. Elder sister Young Ja was relieved, since she had always hated performing to the crowds on the street, much preferring to dance or better yet, babysit the other children. Sook Ja welcomed the news because she had firsthand knowledge of the American's leftovers and the warmth of a tent. She enthusiastically told At Ja about the Coca Cola, the chocolate and the food. At Ja was immediately excited. Min Ja was no less eager, although she expressed it differently. Her sweet personality was solicitous and encouraging, not overly flirtatious like At Ja nor as commanding as Sook Ja. Since joining the Kim family, she'd retreated in to a quiet role, uncomfortable with taking the beds or food that rightfully belonged to her cousins. By performing, she knew she'd be contributing to the family, not taking away. **Ran's brother gave her his full blessing; it was one less mouth to feed and person to worry about.**

* A BIG LIE, INVENTED BY PUBLISHER GERDES

As the train clattered and clanged its way south, passengers watched Ran teach Min Ja and At Ja the American words to *Old Buttermilk Sky* and *Cookies and Cake* with Sook Ja providing helpful tips for memorizing the words. Ran asked one of her dancers, Mrs. Kang, to teach all three girls how to tap dance.

The train was full to capacity, with some people sitting on laps to rest their legs. The dusty wooden floors were covered with tired bodies. Mrs. Kang's requests for others to give up their seats were ignored.

Once again, Ran's fame came to her assistance. Only Ran could have influenced a tired, beaten people to sacrifice their floor seating, but for Ran Young

60

**39**

### THE SUE KIM STORY

In October of 1975, Sue gave her last performance in Harrah's Casino. She took the holiday season off, fully expecting her contract to be renewed with Rocki in January as promised. When he unexpectedly died, it left her without a signed contract. The hotel was sold to new owners, who weren't interested in renewing her contract, news that Sue and John took in stride. Sue was already receiving offers from other venues, and as she told John, she was glad of it. "Thirty-five years isn't enough."

Then misfortune struck two times over. The first came in the form of a demand letter from Mia. The former group member had continued to receive payments every week for years, even though she hadn't performed. Sue generosity had long outstripped Mia's participation, and as she affirmed to John, not once had she regretted her decision. It had been the right thing to do. But now, even Sue's unending reservoir of kindness went dry when she read the note from her former adopted sister.

She immediately heeded John's advice to pay her off and be done with the woman. They hired Norm Kershman, a former union lawyer, to negotiate a settlement, one that included a one time lump sum of $52,500, a figure Sue thought a fortune. With the money was the agreement and rights for Sue to continue using the Kim Sisters name, and Mia's inability to reference the Kim Sisters in her own solo pursuits, should she continue on stage. Sue and John had no other options than to attain a second mortgage on their home, a fact neither disclosed in the paperwork. Once the final documentation was signed, Sue never heard from Mia again. All the years of work, family and friendship gone once she had a check.

> **\* NOT A WORD OF THIS STORY IS TRUE!**

Ever the optimist, Sue believed she'd make the money back in a few months. She was ready to sign a new contract when misfortune struck again. As she drove to an appointment, a driver ran a red light, totaling Sue's car. When she woke in the hospital, she learned four vertebrae in her back had been shattered. The doctor told her she would have to give up performing.

"Absolutely not," she replied, as she felt the neck brace affixed to her body. Once the bones healed, she'd be back, better than ever.

"No, you don't understand," he said sympathetically, glancing at John. "You'll never walk again."

Sue refused to believe the doctor's prediction. For months, she laid in the hospital bed, pushing herself to move her limbs, denying herself pain medication. John was by her side, day and night, until Sue feared for his job.

285

# EXHIBIT 2



https://idahojustismord.com/

Idaho is an American state, with a justice system that is extremely un-American. It is 100% dishonest and immoral.

All attorneys in the state are painfully aware of this fact and make no secret of their feelings about their continuous nightmare to have to live and work in a never-never land, an actual hell of a totally unlawful existence: justice corrupted as a matter of course and injustice is the name of the authoritarian game: accepted, standardized and routine. Very dark.

You can be certain that the concepts of right and wrong in Idaho courts have long been forgotten by all the judges, including the top ones, who are in charge, systematically lawbreaking, uniformly senseless individuals: Roger Burdick, Robyn Brody, Richard Bevan, John Stegner, Gregory Moeller, Molly Huskey, David Gratton, Jessica Lorello and Amanda Brailsford.

Regarding lawsuits, you can count on their unchanging unfairness, prejudices and injudicious opinions. Because of their committed corrupting the very ideas of right and wrong, some people would call them outlaws.

Jury trials can be cancelled if the system worries that the winner might not be the one selected by the rigged Order.

Now, Idaho's special, well-known and tightly established un-justice ways is practiced like this: Its Supreme Court decides in advance, in a completely prejudicial, autocratic manner the winners in all appeals, including based on the personalities of the litigants, (in civil matters specifically if are they locals or outsiders, and if the they are represented by favored local counsel), then they hand over the appealed case designated not to be reversed to a so-called "Court of Appeals"" to rule on instead of the Supreme Court.

This Court of Appeals automatically always agrees with the District Court judges, (it does not deviate from its firmly ordered, well-known role) no matter the applicable laws and facts, and know for certain that by the agreed-upon arrangement the Supreme Court will not entertain its right of supervision to review such uniformly "**unpublished**" opinions of the Court of Appeals, no matter how ridiculously unlawful they might turn out to be.

The Court of Appeals decisions are invariably done under their standard, supposedly all-encompassing, protective banner, trying desperately to free the Court of Appeals from having to follow any laws or facts, and such mantra is routinely employed by the Court of Appeals at all times and it goes like this:

43

"**THIS IS AN UNPUBLISHED OPINION AND SHALL NOT BE CITED AS AUTHORITY.**"
(https://isc.idaho.gov/appeals-court/coaunpublished) (!)

Such well-known Idaho system of organized and unchangeable unfairness is understood and feared by all members of the justice business in that state, and Idaho attorneys are scared to represent clients whom they know would be losing, no matter what, because siding with them would severely hurt such lawyers with the ruling authoritarian higher ups in this nightmarish, un-American set up.

There is one attorney, a Todd Reed of Sandpoint, ID, a twist, he welcomes cash from unknowing prospective out of state clients, but being aware of the all-encompassing state conspiracy, will not actually represent them!

While knowing the rigged system, other Idaho attorneys (with a conscience!) refuse to accept money from outsiders to act on their behalf.

Reed is an exception: a thief. He will take a designated loser's money, but will not actually act for him, but – to curry favor with the higher ups - in fact help the local opponent who is favored by leaders of the accepted provisional set up.

It seems that the Idaho Court of Appeals was created by the Idaho Supreme Court to facilitate the big cheat, to help the Idaho Supreme Court avoid ruling on cases where the lower courts would have to be reversed. *

So, the Court of Appeals' main (and may be only) job is to affirm the judgments of district court judges, then the Supreme Court invariably refuses to review the case. End of story. End of justice.

According to the top attorneys in the state, this is how the Idaho justice business circumvents the law whenever it wants to protect favored locals against out of state litigants in civil cases.

Under the standard, expected hoaxer: „THIS IS AN UNPUBLISHED OPINION AND SHALL NOT BE CITED AS AUTHORITY" - absolutely ANYTHING appears possible, including the disregarding of US Supreme court decisions, our Constitution, or the reinterpreting or ignoring of all relevant Idaho laws, the inventing of non-existent facts without limitation, since no unpublished opinion constitutes precedent or be binding upon any court. *This is an unpublished opinion"* is taken to free the Court of Appeals from adhering to the law and the facts regarding cases it rules on: there is one side to the appealed story they are supposed to oversee, the side of the given District Court.

44

In a most recent "FRAUD ON THE COURT" Gerdes case the Court of Appeals did point out that it disagreed with the district court on the decisive points of the law, yet at the end they timidly (and illogically) ruled against the side that by their own standards should have won, adhering to their expected role as set forth by the Idaho Supreme Court!

However, due to the law respecting FRAUD ON THE COURT, by refusing to review the case, the Idaho Supreme Court ratified the proven reality of Fraud on the Court in the Sarah Gerdes defamation case.

In actuality the Idaho Supreme Court evaporated: (1) Judge Mitchell's judgment and Order, as well as (2) the Court of Appeals' invalid, unpublished opinion in that case.

The District Court Order and the Opinion of the Court of Appeals being 100% lawless in actuality simply ceased to exist, because in America a judgment obtained directly by fraud is automatically annulled and made void by law. Void means abolished, non-existent. (Judge Mitchell, to attempt to save his friend, local celebrity self-publisher Sarah Gerdes, quietly made proven evidence against Ms. Gerdes disappear in his final Order, which act is called Fraud on the Court.

*"A decision produced by fraud on the court is not in essence a decision at all and never becomes valid."*

**"Fraud vitiates everything which it touches, and destroys the very thing which it was devised to support; the law does not temporize with trickery or duplicity." _Coson v. Roehl_ 63 Wn.2d 384 (1963) 387 P.2d 541 (In the Gerdes defamation case defendant Gerdes, her lawyer Mr. Cifrese and the judge himself used trickery and duplicity to try to defeat the innocent plaintiffs.)**

DUKE BAR JOURNAL:

"Fraud on the court" is a ground for invalidation of a judgment."

It seems that according to the US Supreme Court defendant Gerdes lost by constitution, since whatever judge Mitchell and the Idaho Court of Appeals opined, are overruled by the American law controlling **Fraud on the Court**. (Defendant Gerdes was correct in that she was in control of this case, not Judge Mitchell, and that her friend judge Mitchell would make her win, no matter how many laws she (and her lawyers) over and over openly and confidently broke, but judge Mitchell failed to understand that in America, if uncovered, one cannot ultimately win a lawsuit by cheating. Judge Mitchell was discovered and the well-known incorporated Idaho system of injustice could not succeed in overriding US law in the Gerdes case.)

45

"There is no question of the general doctrine that fraud vitiates…judgments… Mr. Wells, in his very useful work on Res Adjudicata, says, sect. 499: 'Fraud vitiates every thing…that is, a judgment obtained directly by fraud, is annulled and made void. *United States v. Throckmorton* U.S. Jan 1, 1878 98 U.S. 61 (1878)"

PATRIOT NETWORK ON FRAUD ON THE COURT:

"It is axiomatic that fraud vitiates everything." Dunham v. Dunham, 57 Ill.App. 475 (1894), affirmed 162 Ill. 589 (1896); (Judge Mitchell in the Sarah Gerdes defamation case was guilty of **Fraud upon the Court** by unlawfully and tacitly simply eliminating decisive evidence, and his Order is therefore void, and so is that of the Court of Appeals who ruled disregarding the multiple **Frauds on the Court** in the Gerdes case."

"A judge is an officer of the court, as well as are all attorneys. A state judge is a state judicial officer, paid by the State to act impartially and lawfully. State attorneys fall into the same general category and must meet the same requirements." ("A judge is not the court," that is why the cheating by judge Mitchell is an attack on the US justice system even if Idaho tolerates his behavior.)

==**"Fraud upon the court" makes void the orders and judgments of that court."**==

==**"When any officer of the court has committed "fraud upon the court", the orders and judgment of that court are void, (and are) of no legal force or effect."**==

"The US Supreme Court has ruled and has reaffirmed the principle that "justice must satisfy the appearance of justice", *Levine v. United States*, 362 U.S. 610, 80 S.Ct. 1038 (1960"

==**"If you were a non-represented litigant, and should the court not follow the law as to non-represented litigants, then the judge has expressed an "appearance of partiality" and, under the law, it would seem that he/she has disqualified him/herself."**==

South Texas College of Law: FRAUD ON THE COURT:

"**Fraud on the Court** has been recognized for centuries as a basis for setting aside a final judgment"

"A number of courts have held that a "fraud on the court" occurs "where it can be demonstrated that a party has set in motion some unconscionable scheme calculated to interfere with the judicial system's ability impartially to adjudicate a matter by improperly influencing the trier or unfairly hampering the presentation of the opposing party's claim"

In the Gerdes case Judge Mitchell simply made decisive evidence of defamation vanish on page 33 of his final Order by illegally rewriting submitted defamatory text from the Book at issue. The Court of Appeals ignored the ruse and the Supreme Court refused to consider the facts.

46

This is the accepted order of the legal business in the state of Idaho, a long-established procedure that must be adhered to by the entire Idaho legal community, or you cannot practice law there and all the attorneys know this: they have to operate in a nightmarish reality, where the concept of "right and wrong" ceased to exist long ago and was replaced by a prejudiced, totalitarian, rightist state rule.

"A judgment procured by fraud is not a valid decision and is never final. So held in Burke v. United States of America, U. S. District Court for Eastern District of Pennsylvania, No. 06-3249 at 6: 'There is no statute of limitations for bringing a fraud upon the court claim. Hazel-Atlas, 322 U.S. at 244.

As a circuit court has explained, *"a decision produced by fraud on the court is not in essence a decision at all and never becomes final."* Kenner v. Comm'r of Internal Revenue, 387 F.2d 689, 691 (7th Cir.1968). (The Gerdes decisions by judge Mitchell and the Court of Appeals are perpetually invalidated by law,)

"In *Kupferman v. Consolidated Research & Manufacturing Corp*, the court stated that [w]hile an attorney "should represent his client with singular loyalty that loyalty obviously does not demand that he act dishonestly or fraudulently; on the contrary his loyalty to the court, as an officer thereof, demands integrity and honest dealing with the court." And when he departs from that standard in the conduct of a case (as lawyer Scott Cifrese has done more than 10 times in the Gerdes case as demonstrated and proven in the court papers) he perpetrates a fraud upon the court.


*Court of Appeals Unpublished Opinions by Release Date, virtually **all**

**of them automatically *affirmed!***

o July 17, 2020 47958/47959 IDHW v. Jane Doe [1]

o July 9, 2020 47032 State v. Davis [2]

o July 8, 2020 47121 State v. Anaya [3]

o  July 7, 2020 46854 Sanchez v. State [4]

o  July 7, 2020 46856 State v. Burrington [5]

o  July 7, 2020 47249 State v. Malar [6]

o  July 7, 2020 47897 IDHW v. Jane Doe [7]

o  July 7, 2020 47921 IDHW v. John Doe [8]

- o  July 7, 2020 47977 IDHW v. Jane Doe [9]

- o  July 6, 2020 46942 State v. Espinoza [10]

- o  July 1, 2020 47741 IDHW v. Jane Doe [11]

- o  June 30, 2020 46240 State v. Frandsen [12]

- o  June 30, 2020 46626 State v. Ong [13]

- o  June 30, 2020 47955 IDHW v. Jane Doe [14]

- o  June 29, 2020 47317 State v. Trevino, III [15]

- o  June 26, 2020 46977 Gunn v. Gun [16]n

- o  June 25, 2020 47303 Blaser v. Cutler [17]

- o  June 23, 2020 47054 State v. Green [18]

**THIS LIST IS SO LONG THAT TO PUBLISH IT, WOULD REQUIRE AN ENTIRE OTHER BOOK.  THE POINT IS: THE SO-CALLED "IDAHO COURT OF APPEALS" INVARIABLY RULES FOR THE DISTRICT COURTS, REGARDLESS OF FACT AND LAW.  THAT IS THEIR ONLY JOB.  IN CASE OF _VIG v. GERDES_ THE COURT OF APPEALS CLEARLY STATED THAT THEY DISAGREED WITH JUDGE MITCHELL (AND IN FACT SHOULD HAVE SIDED WITH THE VIGS), BUT IN IDAHO, THEY HAD NO SUCH OPTION, THEIR ROLE WAS PREDETERMINED: THEY WERE TO MAKE SURE THAT IN THE STATE OF IDAHO ONE SIMPLY COULD NOT APPEAL A DECISION BY A DISTRICT JUDGE, NO MATTER HOW WRONG HIS RULING MIGHT HAVE BEEN. https://idahojustismord.com/**

THE REST OF THE MANY HUNDREDS OF UNJUST DECISIONS BY THE SO-CALLED "IDAHO COURT OF APPEALS", WHOSE ONLY (VERY UNAMERICAN) JOB APPEARS TO BE TO **ELIMINATE THE POSSIBILITY OF LITIGANTS IN THE STATE OF IDAHO APPEALING DISTRICT COURT JUDGES' INCORRECT/UNLAWFUL DECISIONS**: THE COMPLETE LIST MAY BE VIEWED ONLINE.

# EXHIBIT 3

"**On Page 8 of his final Order, Idaho Judge Mitchell
properly and in great detail compares the Gerdes Matter to
_Deloge and Cortez_ 131 Idaho 201 (Idaho Ct. App. 1998) and
rules according to Idaho law as follows: "Defendants'
responses to Plaintiffs' first and second sets of requests for
admissions ... will be _deemed admitted_ by Gerdes."**

## REGARDING THE BOOK PUBLISHED BY HER



## HERE FOLLOW SOME SUCH ADMISSIONS BY SARAH GERDES:

### REQUEST NO. 1

Admit that you knew by Plaintiffs' July 19, 2012 email to you to which you replied, that

Plaintiffs were ready and willing to be interviewed by you.

49

**REQUEST NO. 2**

Admit that you violated the Society of Professional Journalists Code of Ethics which instructs journalists "to diligently seek subjects to respond to criticism or allegations of wrongdoing" by your refusal and failure to interview Mia Kim or Tommy Vig before publishing your Book.

**REQUEST NO. 3**

Admit that your failure to interview Mia Kim or Tommy Vig before publishing your Book constituted reckless disregard for the truth by you.

**REQUEST NO. 4**

Admit that your failure to interview Mia Kim or Tommy Vig before publishing your Book constituted actual malice against the Vigs by you.

**REQUEST NO. 5**

Admit that you should have asked for the permission of Mia Kim to use her photos which you used, including in and on the cover of your Book.

**REQUEST NO. 6**

Admit that when you referred to Mia by the name "Mia (Lee) Kim" in your Book, you knew that that was not Mia's name.

**REQUEST NO. 7**

Admit that you wrote on Amazon.com, using the fake name "Brandi L.", the greatly libelous comment toward Plaintiffs attached as Exhibit "A" to Plaintiffs' 4th Supplement to Motion for Summary Judgment.

**REQUEST NO. 8**

Admit that when you wrote in your Book on page 285 that Sue paid Mia $52,500 in 1993, you knew it was not true.

**REQUEST NO. 9**

Admit that you failed to request proof (such as the cancelled check you wrote about in your Book) that Sue paid Mia $52,500 in 1993.

**REQUEST NO. 10**

Admit that you failed to request to see the 1993 demand letter from Mia you referenced in your Book on page 285.

**REQUEST NO. 11**

Admit that you lied when you wrote in your letter to Tommy Vig dated 11.25.17 that: "*A settlement document was provided to me for the settlement between Mia and the Sue Kim Corporation, which I sourced in the book.*", since you knew that you did not source the same in your Book.

**REQUEST NO. 12**

Admit that when you wrote in your letter to Tommy Vig dated 11.25.17 that *"A settlement document was provided to me for the settlement between Mia and the Sue Kim Corporation"*, you were referring to a settlement document dated 1987.

**REQUEST NO. 13**

Admit that when you wrote in your letter to Tommy Vig dated 11.25.17 that *"A settlement document was provided to me for the settlement between Mia and the Sue Kim Corporation"*, you did not reveal that the date on the settlement document was 1987 even though 1987 was in fact the date on that settlement document.

**REQUEST NO. 14**

Admit that when you wrote in your letter to Tommy Vig dated 11.25.17 that: *"A settlement document was provided to me for the settlement between Mia and the Sue Kim Corporation",* you did not reveal that the date on the settlement document you were referencing was 1987 because doing so would reveal that you lied in your Book on page 285 about the non-existent settlement taking place in 1993, or 6 years later.

**REQUEST NO. 15**

Admit that when you wrote in your letter to Tommy Vig dated 11.25.17 that: "*A settlement document was provided to me for the settlement between Mia and the Sue Kim Corporation",* you knew that the date on that settlement document and the claimed payment of $52.500 was 1987, and yet you referenced that very $52,500 settlement in your Book on page 285 as having occurred in 1993, or 6 years later, constituting knowledge of falsity.

**REQUEST NO. 16**

Admit that when you wrote the story in your Book on page 285 about the 1993 settlement between Sue and Mia, based on the information you had, you knew for certain that your story could not be true.

**REQUEST NO. 17**

Admit that you had received many communications from the Vigs, - which you admitted receiving in two 2017 letters - the Plaintiffs alleging, and providing evidence that you had printed many specific lies in your Book against them, and even though you were told about the adoptive admission rule, you never once denied or disputed any of the Vigs' allegations or evidence, because you knew that what the Vigs told you were true.

**REQUEST NO. 18**

Admit that by not investigating the truth of your allegations against the Vigs which you wrote on page 285 in your Book, you acted with actual malice towards the Vigs.

**REQUEST NO. 19**

Admit that your untrue allegations against the Vigs, which you wrote on page 285 in your Book, were written by you with knowledge of their falsity.

**REQUEST NO. 20**

Admit that you did not interview 70 people for your book.

**REQUEST NO. 21**

Admit that you cannot name more than 20 people you interviewed for your Book.

**REQUEST NO. 22**

Admit that you did not specifically deny any of the almost 60 allegations of your lying made against you in the document entitled "LIST OF ADMITTED LIES BY DEFENDANT GERDES" (which document Plaintiffs filed with the Court and properly served on you) because all of the allegations therein are true.

**REQUEST NO. 23**

Admit that in your 1/25/18 Answer to Plaintiffs' Verified Complaint you did not specifically deny any of the allegations made against you by the Plaintiffs in their Verified Complaint because all of the allegations made therein were true.

**REQUEST NO. 24**

Admit that you did not specifically deny at any time any of the allegations made by Plaintiffs in Plaintiffs' Verified Complaint because all of the allegations made therein are true.

**REQUEST NO. 25**

Admit that you failed to oppose Plaintiffs' Summary Judgment Motion because you agree that such Motion should be granted in the interest of justice.

**REQUEST NO. 26**

Admit that you will not oppose Plaintiffs' Summary Judgment Motion because you agree that such Motion should be granted in the interest of justice.

**REQUEST NO. 27**

Admit that you have been mailing back to Plaintiffs their properly served court documents in the original envelopes, unopened, because you realized that Plaintiffs are correct in wanting to have your Book withdrawn from sales due to the fact that it is not a biography of Sue Kim or The Kim Sisters, but a Book of Lies about both Sue and The Kim Sisters.

**REQUEST NO. 28**

Admit that you never really believed the story Sue Kim told you about herself and The Kim Sisters.

**REQUEST NO. 29**

Admit that since it was you who wrote and published your Book, there is no other party
except you who is responsible for the contents of your Book.

**REQUEST NO. 30**

Admit that you got money from the Bonifazios to write your Book.

**REQUEST NO. 31**

Admit that Sue and/or her husband requested that you do not to interview Mia Kim or
Tommy Vig.

**REQUEST NO. 32**

Admit that you have never had any sworn statement by any witness regarding Mia Kim
having done anything wrong.

**REQUEST NO. 33**

Admit that if the Vigs are hurt, or killed by Mafioso Bonifazio, or his "large men" (as you
referred to his "collectors" (hitmen) in your Book), sales of your Book would increase greatly:
there is no such thing as bad publicity.

**REQUEST NO. 34**

Admit that if the Vigs were killed by Mafioso Bonifazio or his hitmen, you would make
more money from the sales of your Book.

**REQUEST NO. 35**

Admit that you were never able to prove any of the derogatory stories you wrote against
Plaintiffs in your Book, or on Amazon.com using the fake name "Brandi L", to be true.

**REQUEST NO. 36**

Admit that you have not interviewed a single eyewitness regarding any of the derogatory
stories you wrote in your Book against Mia Kim or Tommy Vig and their familes.

**REQUEST NO. 37**

Admit that your story in your Book regarding Sue's wedding was not true, as proven by
the wedding pictures.

**REQUEST NO. 38**

Admit that you never asked for and never received from any source any proof that it was
Sue Kim, and not Tommy Vig, who negotiated the 1973 Hilton Contract for The Kim Sisters
referenced in your Book.

**REQUEST NO. 39**

Admit that you never received any documentation that could support that the stories you
wrote about Sue and John in your Book were true.

**REQUEST NO. 40**

Admit that you invented all the derogatory stories you wrote against Mia Kim in your Book
because you needed a foil for Sue Kim in your Book.

**REQUEST NO. 41**

Admit that you invented a non-exisent, completely fictional version of Mia Kim, because you needed an antagonist to Sue in your Book.

**REQUEST NO. 42**

Admit that you invented many false stories in your Book, to make it more interesting than reality and you did not care about besmirching Plaintiffs in the process.

**REQUEST NO. 43**

Admit that you did not ask for and did not receive any evidence or proof from any source of any of the libelous stories you wrote in your Book concerning Mia and Tommy.

**REQUEST NO. 44**

Admit that your idea that Plaintiffs sued the wrong person in you in this lawsuit is based on absolutely no facts, since it was you alone who wrote and published and continue to sell worldwide the defamatory Book mistitled "biography."

**REQUEST NO. 45**

Admit that it was obvious to you that Sue and John hated the Vigs and were prejudiced against them and wanted to hurt them and that your failure to hear Mia's and Tommy's side of the story before publishing your Book constituted actual malice by you against the Vigs.

**REQUEST NO. 46**

Admit that is was obvious to you while writing your Book that Sue was very jealous of and prejudiced against Mia because Mia was still performing on stage, while Sue was only a real estate agent.

**REQUEST NO. 47**

Admit that you just wanted to make money from your Book, and that you did not care about the truth of the story of Sue or The Kim Sisters.

**REQUEST NO. 48**

Admit that your using the false name of "Brandi L." on Amazon.com to besmirch Plaintiffs Mia and Tommy was not the first time you committed such fraud and deceit.

**REQUEST NO. 49**

Admit that the characterization of your Book being "A BOOK OF LIES" is correct.

**REQUEST NO. 50**

Admit that you were aware while writing your Book that after Sue ousted Mia from The Kim Sisters act, Sue had to pay Mia weekly pursuant to a negotiated 1973 contract.

**REQUEST NO. 51**

Admit that you were aware while writing your Book that Sue broke the 1973 contract according to which Sue was obligated by signed conract to pay Mia weekly after Sue had ousted Mia from The Kim Sisters act.

**REQUEST NO. 52**

Admit that you knew while writing your Book that John and Sue stole about four (4) million dollars from Mia by 1976.

**REQUEST NO. 53**

Admit that you knew that all of your derogatory statements about the Vigs were lies when you wrote them in your Book, and on Amazon.com using the fake name "Brandi L."

**REQUEST NO. 54**

Admit that you knew that your lies about the Plaintiffs would lower them in the estimation of the community and that your lies would deter third persons from associating with the Plaintiffs and that Plaintiffs would no longer be invited to perform in Korea.

**REQUEST NO. 55**

Admit that you always knew from 2008-2016 that you would receive complaints from the Plaintiffs about all your lies in your Book.

**REQUEST NO. 56**

Admit that you rejected all of Plaintiffs' good faith offers which they made to you to cooperate with you on your Book.

**REQUEST NO. 57**

Admit that you lied in your letter to Tommy dated 11.25.17 about following the US

Journalism Code of Ethics in your researching, verifying and sourcing the items referenced in

your Book, since you knew that according to their principles of ethical journalism, under the

circumstances you had a duty to interview the Vigs too.

**REQUEST NO. 58**

Admit that you knowingly and negligently made your defamatory statements regarding

Paintiffs in your Book even though you knew them to be false.

**REQUEST NO. 59**

Admit that you should never have agreed not to interview Mia and Tommy for your

Book, no matter how much money the Bonifazios paid you.

**REQUEST NO. 60**

Admit that you do not have a single sworn statement by any witness to support any of

the more than 50 libelous lies you wrote about Plaintiffs in your Book.

**REQUEST NO. 61**

Admit that you lied about sourcing material from publications regarding wrong-doings

by Mia and/or Tommy, and that you never sourced or came across any such material because

no such material exists.

**REQUEST NO. 62**

Admit that you wrote your libelous Book as a hit piece against the Vigs to enrich yourself at the expense of the Vigs' well being.

**REQUEST NO. 63**

Admit that by writing and publishing your libelous Book, you are guilty of the crime of Libel as defined by Idaho Statute 18-4801 and ought to be punished to the full extent of the law pursuant to Idaho Statute 18-4802 including being fined $5000 and imprisoned in county jail for six (6) months.

**REQUEST NO. 64**

Admit that the sole affirmative defense you listed in item number 6. in your 1.25.18 Answer to Plaintiffs' Verified Complaint is totally unintelligible, meaningless, and false.

**REQUEST NO. 65**

Admit that the sole affirmative defense you listed in item number 6. in your 1.25.18 Answer to Plaintiffs' Verified Complaint is totally false since there is no "necessary and proper party to the owner of the asset (Sue Kim: The Authorized Biography)" aside from you individually who alone wrote, published, and continues to sell your Book worldwide.

**REQUEST NO. 66**

Admit that BMG Inc. which you falsely listed in your 1.25.18 Answer to Plaintiffs' Verified Complaint as being a defendant in this case is not a party to, nor does it have any interest whatsoever in this case.

**REQUEST NO. 67**

Admit that you have 0 newspaper articles saying anything negative against Mia or Tommy.

**REQUEST NO. 68**

Admit that at the suggestion of your publisher, Amazon.com, and WARP Films, who promised you a movie deal in connection with your Book, you moved the address of the publisher of your Book to Georgia from Idaho in an effort to avoid criminal charges to be brought against you for your defamation against Plaintiffs in your Book.

**REQUEST NO. 69**

Admit that at the suggestion of your publisher, Amazon.com, and WARP Films, who promised you a movie deal in connection with your Book, you changed the cover of your Book from the Book's Original Cover to the Book's Revised Cover because your use of Mia's photo without Mia's permission in the Original Cover was illegal.

**REQUEST NO. 70**

Admit that the majority of your Books sold to date bore the Original Cover.

63

**REQUEST NO. 71**

Admit that you never believed any of Sue's derogatory stories about her sister Ai-Ja, including the tale about Sue walking her dog early in the morning and then looking out her window and suddenly discovering Ai-Ja on the street at 3 am, yet you printed these fables as facts in your Book.

**REQUEST NO. 72**

Admit that ever since you have known Sue, you knew that Sue was continually lying to you when Sue would communicate with you about Mia and Tommy.

**REQUEST NO. 73**

Admit that you lied in your Book about Mia and Tommy to make your Book more interesting.

**REQUEST NO. 74**

Admit that you lied in your Book about Mia and Tommy in exchange for being paid $25,000 by Sue and John, plus for the promise of a movie deal by WARP films.

**REQUEST NO. 75**

Admit that the Book is not a biography, but a fantasy which has nothing to do with the real life of Mia and Tommy.

**REQUEST NO. 76**

Admit that the Book is not a biography, but a fantasy which has nothing to do with the
real life stories of Tom Ball, Danny Lembark, Ai-Ja Kim, Sue's parents, Mia's parents, John
Bonifazio, Frank Pastore, and Sue Kim.

**REQUEST NO. 77**

Admit that you lied in your Book about Sue obtaining the Hilton Hotel contract for the
Kim Sisters since you knew while you were writing your Book that it was solely Tommy who had
in fact negotiated that deal with David Victorson, proven by the dates, times and names you
yourself set forth therein which in fact excluded the possibility of Sue' involvement.

**REQUEST NO. 78**

Admit that you committed actual malice by publishing your Book without interviewing
key witnesses to the people and events you wrote about in your Book, including Paul Lee, Young
Ju Lee, Barbara Myung, Andy Myung, Lisa Lee Chang and Mr. Chang and their daugter Anna, and
Kim Sisters Secretary Pat, family members of Frank Pastore, and Patsy, Mary and Seiko Ball, and
Mona Matoba and Wayne Newton.

**REQUEST NO. 79**

Admit that you did not interview any person for your Book who was not under the
influence of Sue and/or John.

65

**REQUEST NO. 80**

Admit that you did not add a third-party defendant to this lawsuit because you alone are
responsible for your libelous Book.

**REQUEST NO. 81**

Admit that you are aware of the fact that pursuant to I.R.C.P Rule 14, you could bring a
third party into this lawsuit as another defendant, who would then become a participant known
as a third-party defendant.

**REQUEST NO. 82**

Admit that you read the 1973 agreement of The Kim Sisters and knew that per that signed
contract Sue had to pay Mia for forcing Mia out of The Kim Sisters, and that you knowingly lied
about this fact in your Book.

**REQUEST NO. 83**

Admit that you knew at all times when Sue Kim told you derogatory stories about Mia
and
Tommy that Sue was always lying.

**REQUEST NO. 84**

Admit that you have used the name "Brandi L" in your customer profile on Amazon.com.

**REQUEST NO. 85**

Admit that you did not file a third-party complaint against any nonparty to this lawsuit because you yourself alone are individually and solely liable for all claims made by Plaintiffs against you.

**REQUEST NO. 86**

Admit that your stating in your 12.10.17 letter to Tommy that you have always been aware of the Vigs' "**WELL-DOCUMENTED MULTI-DECADE LEGAL ISSUES WITH THE KIM-BONIFAZIO FAMILY**" proves that you were fully aware when you wrote your Book of the Bonifazios' prejudice against, and unfairness towards Mia and Tommy.

**REQUEST NO. 87**

Admit that you were fully aware when you wrote your Book that the "well documented legal issues" you referenced in your 12.10.17 letter to Tommy made the Bonifazios a totally unreliable source of information regarding the Vigs: you had no doubt whatsoever that the Bonifazios were lying to you about Tommy and Mia, and that the Bonifazios' derogatory stories about Plaintiffs were not true.

**REQUEST NO. 88**

Admit that you were certain when the Bonifazios hired you to write your Book that the Bonifazios hated the Vigs, and that the Bonifazios intended for your Book to damage the Vigs by disseminating derogatory lies about Mia and Tommy.

**REQUEST NO. 89**

Admit that you got so confused with your own contradictory lies you were writing in your Book that several of your invented stories made no sense at all when the dates, names, times, facts and events were compared to reality.

**REQUEST NO. 90**

Admit that in view of all that you knew about the forged agreements by Sue Kim and the names of the persons in the life of Sue Kim, you purposely misstated names, dates, circumstances and events including relating to Rocky Sennes, David Victorson, Lee Nan Young, Young Ha Kim, Jean Kim, Tom Ball, Daniel Lembark, Bob Alcivar, George Hernandez, Lenny Esposito and Ai Ja Kim to make Sue Kim look good and others around her look bad.

**REQUEST NO. 91**

Admit that you knew right from the start in 2008 when you were hired by the Bonifazios to write your Book that it was not going to be a fair biography, but that you would fill the Book with lies to make Sue Kim look good and make others around her look bad, since that was the purpose of the Book.

**REQUEST NO. 92**

Admit that it was never your intention to write a truthful book about The Kim Sisters and Sue Kim, and reality played no part in your stories in the Book.

**REQUEST NO. 93**

Admit that you never denied any of Plaintiffs' contentions regarding the more than 50 libelous lies you wrote in your Book, including as set forth in the document entitled "LIST OF ADMITTED LIES BY DEFENDANT GERDES" (which document Plaintiffs filed with the Court and properly served on you), because you had known that they were all lies at the time you had written them.

**REQUEST NO. 94**

Admit that you have never identified any instance where Tommy or Mia said anything bad about Sue or John in connection with the "long standing, well-documented legal issues between the Vigs and the Bonifazios" as referenced in your 12.10.17 letter to Tommy.

**REQUEST NO. 95**

Admit that you knew when you wrote your Book that Sue and John bad-mouthed Mia and Tommy in connection with the "well-documented, long standing legal issues" between the Vigs and the Bonifazios referenced in your 12.10.17 letter to Tommy, and that Mia and Tommy never bad-mouthed Sue and John in connection therewith.

**REQUEST NO. 96**

Admit that you committed actual malice by refusing to interview Mia or Tommy before publishing your Book, since among many other indications of fraudulent comments by Sue and John, you had known of the "well-documented, long standing legal issues between the Vigs and the Bonifazios" referenced in your 12.10.17 letter to Tommy.

69

**REQUEST NO. 97**

Admit that you lied about your interviewing people other than Sue and John who witnessed anything set forth in the libelous lies you wrote against the Vigs in your Book, including as set forth in the document entitled "LIST OF ADMITTED LIES BY DEFENDANT GERDES" (which document Plaintiffs filed with the Court and properly served on you), because no such witnesses exist apart from Sue and John.

**REQUEST NO. 98**

Admit that you lied about your reading in publications about bad deeds of the Vigs relating to any of the libelous lies you wrote against the Vigs in your Book, including as set forth in the document entitled "LIST OF ADMITTED LIES BY DEFENDANT GERDES" (which document Plaintiffs filed with the Court and properly served on you), as no such articles exist.

**REQUEST NO. 99**

Admit that when in 2008 you contracted with Sue and John to write your Book, you promised Sue and John that you would write whatever Sue and John would tell you to write in your Book and that you would not check on the veracity of any of their stories in exchange for your being paid $25,000.

**REQUEST NO. 100**

Admit that when in 2008 you contracted with Sue and John to write your Book, you
promised Sue and John that you would never interview Paul Lee, Young Ju Lee, Barbara Myung,
Andy Myung, Lisa Chang, husband Mr. Chang, daughter Anna, Kim Sisters' Secretary Pat, family
members of Frank Pastore, Patsy, Mary and Seiko Ball, Mona Matoba or Wayne Newton, in
exchange for your being paid $25,000.

**REQUEST NO. 101**

Admit that when in 2008 you contracted with Sue and John to write your Book, you
promised Sue and John that you would write whatever Sue and John would tell you to write in
your volume, and that you would not ask for proof or evidence relating to any of their stories in
exchange for your being paid $25,000.

**REQUEST NO. 102**

Admit that the numerous pieces of evidence Plaintiffs have presented to this Court clearly
prove that you knew you were lying about Plaintiffs throughout your Book at the time you wrote
your Book.

**REQUEST NO. 103**

Admit that your invented derogatory stories about Tommy and Mia in your Book were
many times self-contradicting and impossible, and sometimes made no sense at all and that their
sole purpose was the libeling of the Plaintiffs.

71

**REQUEST NO. 104**

Admit that you invented derogatory stories about Tommy and Mia in your Book even when you knew full well that they could not be true, such as your tale about Mia writing a demand letter to Sue in 1993.

**REQUEST NO. 105**

Admit that you knew at the time you wrote your Book that Mia receiving $52,500 from Sue in 1993 could not be true, and that you knowingly lied about this in your Book solely for the express purpose of libeling Mia.

**REQUEST NO. 106**

Admit that in the first sentence on Page 1 of your Book you indicated that Sue's mother, Lee Nan Young committed suicide in North Korean captivity (1950), but 146 pages later you wrote in your Book that Lee Nan Young died in 1964, which is a lie upon a lie, since Lee Nan Young actually died in 1965, and you lied about this in your Book solely to absolve Sue from the responsibility for causing her mother's suicide in 1965.

**REQUEST NO. 107**

Admit that the numerous pieces of evidence Plaintiffs have presented to this Court clearly prove that by your writing your Book, you committed actual malice, libel, and fraud against the Plaintiffs.

**REQUEST NO. 108**

Admit that your use of Mia's photo without Mia's permission in your Book's Revised (current) Cover is illegal.

**REQUEST NO. 109**

Admit that sales of the Book dropped because you eliminated the originally used **photo and name of The Kim Sisters** in the current Revised Cover.

**REQUEST NO. 110**

Admit that you never believed any of Sue's derogatory stories about Mia and/or Tommy, yet you presented these stories as facts in your Book.

**REQUEST NO. 111**

Admit that you never believed any of Sue's stories about her sister Ai-Ja that you wrote in your Book, yet you presented these stories as facts in your Book.

**REQUEST NO. 112**

Admit that you lied in your Book about Mia and Tommy for your financial gain.

**REQUEST NO. 113**

Admit that you knowingly lied in your Book about Sue obtaining the Hilton Hotel contract for the Kim Sisters, since from other witnesses, including Nancy Engler, and the actual dates, documents and times, including when Dave Victorson died, you knew at the time when you wrote your Book that it was Tommy, and not Sue, who had obtained the Hilton Hotel contract for the Kim Sisters in 1973, and that it simply could not have been Sue.

73

**REQUEST NO. 114**

Admit that you paid Amazon.com to publish your Book and misrepresented to them its content and Amazon did not request any evidence from you regarding the libelous statements you made against Plaintiffs.

**REQUEST NO. 115**

Admit that you committed actual malice by publishing your Book without interviewing Mia or Tommy.

**REQUEST NO. 116**

Admit that you were fully aware when you wrote your Book of the Bonifazios' prejudice against and hatred and unfairness towards Mia and Tommy.

**REQUEST NO. 117**

Admit that when you wrote your Book you had no doubt whatsoever that the Bonifazios were lying to you about Tommy and Mia, and that the Bonifazios' derogatory stories about Plaintiffs were not true.

**REQUEST NO. 118**

Admit that Sue and John paid Amazon to publish your Book.

**REQUEST NO. 119**

Admit that you were certain when the Bonifazios hired you to write your Book that their
intention was to damage the Vigs by your disseminating derogatory lies about Mia and Tommy
through your Book.

**REQUEST NO. 120**

Admit that no one other than Sue and John confirmed anything set forth in any of the
libelous lies you wrote against the Vigs in your Book, including as set forth in the document
entitled "LIST OF ADMITTED LIES BY DEFENDANT GERDES" (which document Plaintiffs filed with
the Court and properly served on you).

**REQUEST NO. 121**

Admit that you lied to Amazon about the contents of your book to induce them to allow
you to pay for Amazon publishing the same: telling Amazon that this was a factual biography of
Sue Kim of the Kim Sisters, when you knew that it was in fact a Book of Lies about The Kim Sisters
and specifically included at least 50 false, derogatory accusations about Kim Sister Mia Kim and
her husband Tommy Vig.

**REQUEST NO. 122**

Admit that you routinely invented derogatory stories about Tommy and Mia in your Book
even when you knew that they could not be true.

**REQUEST NO. 123**

Admit that Sue Kim assured you that Mia and Tommy would never dare to complain about whatever derogatory lies you invent about them in your Book, because her husband Mafioso Bonifazio had already threatened the Vigs with physical violence if they did that.

**REQUEST NO. 124**

Admit that you invented and published the story about Mia's long departed father happily telling Mia's prospective stepmother Lee Nan Young that getting rid of young Mia meant "one less child to feed and worry about" and that such fabrication by you, in addition to making you scum (which is not a crime), constituted your committing the crime of actual malice per Idaho law, including because (1) you blackened the memory of a dead person and (2) made Mia look ridiculous to the world.

**REQUEST NO. 125**

Admit that Amazon never asked you why you refused to interview Mia, the only other Kim Sister alive, for the Book they published about Sue Kim and The Kim Sisters.

**REQUEST NO. 126**

Admit that "Brandi L" is a name you made up to use instead of your own name to try to mislead others into believing that someone else other than you posted your libelous comments against the Vigs on Amazon.com as set forth in Plaintiffs' 4th SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT.

### REQUEST NO. 127

Admit that Brandi L is not a real person, but simply an invented name you fraudulently used to defame Plaintiffs on Amazon.com.

### REQUEST NO. 128

Admit that your Book of fabrications which you fraudulently represent as being a biography you published per contract with the Bonifazios made you a "hired gun".

### REQUEST NO. 129

Admit that Sue Kim did not actually approve each and every one of the lies you wrote in your Book.

### REQUEST NO. 130

Admit that your publisher Amazon never asked you if the contents of your Book were true.

### REQUEST NO. 131

Admit that Amazon knew that you were using the name "Brandi L" for your customer profile on Amazon.com, yet Amazon allowed you to publish derogatory material on Amazon.com about Mia and Tommy under such false name.

# EXHIBIT 4

**5.5.22**

**Dear Lucas and Mo, I respectfully call your attention to the fact that if you were to leave out Mia's truths of your Kim Sisters film, you would be making "Libel by Omission" – which is defamation in fact.**

**By ignoring Mia's side of the story, you would be creating false, untrue information about one of the two surviving Kim Sisters and specifically in this case, when <u>you know the whole truth</u> and when Mia has specifically demanded that you do not defame her directly or indirectly in your film.**

**Creating a false impression with otherwise true statements is LIBEL BY OMISSION.**

**The Kim Sisters' story IS a beautiful story as far as their talent and success are concerned, but Ai Ja and Mia forever suffering under bad Sue Kim IS part of the story, and so is the fact that Sue Kim stole most of the money from her sisters, and her threats to her mother directly caused Lee Nan Young's suicide, and her paying Sarah Gerdes 25000 dollars to publish a 100% false tale of The Kim Sisters and 500 other proven facts are all integral, crucially important part of <u>all</u> that happened, the entire true story of The Kim Sisters.**

**Thank you for being good human beings and not try to make money by hurting innocent, good people in any way, shape or form.**

**Best Regards,**

**Tommy Vig**

# EXHIBIT 5

Dear Lucas:

Now for your information I copied here what the Idaho Court of Appeals stated about the defrauder judge Mitchell, regarding the under oath, legally binding confessions of Sarah Gerdes:

"The two remaining elements of defamation, according to the district court, were not satisfied by Gerdes's default admissions to the Vigs' requests for admission. The district court concluded: "Gerdes's default admissions do not conclusively establish that statements contained in the book qualify as defamatory, or that the alleged defamatory statements caused the Vigs to suffer actual damage. We disagree with this analysis."

Now, by law, Lucas, the ruling of judge Mitchell who incredibly (but unsuccessfully) tried to be a skilled con artist and consistently and fearlessly misinterpreted Idaho laws and lied about documented facts, words and laws acting as a crooked attorney for his friend Gerdes, is forever invalid in America and around the world.

His verdict is null and void in all states, including in Idaho itself as I set forth in https://idahojustismord.com/

("Fraud upon the court makes void the orders and judgments of that court.")

79

That analysis went to all judges, the AG and the Governor of Idaho, the lawyers for Sue and Gerdes and **no one** contested the facts and conclusion presented in https://idahojustismord.com/

By adoptive admission they all agreed with the determination presented in https://idahojustismord.com/

Now, this is the ruling of judge Mitchell re Gerdes' admissions:

**"On Page 8 of his final Order, Judge Mitchell properly and in great detail compares the Gerdes Matter to _Deloge and Cortez_ 131 Idaho 201 (Idaho Ct. App. 1998) and rules according to Idaho law as follows: "Defendants' responses to Plaintiffs' first and second sets of requests for admissions … will be _deemed admitted_ by Gerdes." (It is true that the judge then tried illegally to interfere with those admissions, but that was absolutely unlawful: he did not have the right to do so.)**

For your information, Lucas, I will copy *some* of the admissions made by Gerdes, none of which could be amended or withdrawn, because "a matter admitted under the Request for Admissions rule is conclusively established" – this is the law in America.

The following were all admitted by Gerdes, but there are more:

**REQUESTS FOR ADMISSION**

**REQUEST NO. 1**

Admit that you knew by Plaintiffs' July 19, 2012 email to you to which you replied, that Plaintiffs were ready and willing to be interviewed by you.

**REQUEST NO. 2**

Admit that you violated the Society of Professional Journalists Code of Ethics which instructs journalists "to diligently seek subjects to respond to criticism or allegations of wrongdoing" by your refusal and failure to interview Mia Kim or Tommy Vig before publishing your Book.

**REQUEST NO. 3**

Admit that your failure to interview Mia Kim or Tommy Vig before publishing your Book constituted reckless disregard for the truth by you.

**REQUEST NO. 4**

Admit that your failure to interview Mia Kim or Tommy Vig before publishing your Book constituted actual malice against the Vigs by you.

**REQUEST NO. 5**

Admit that you should have asked for the permission of Mia Kim to use her photos which you used, including in and on the cover of your Book.

**REQUEST NO. 6**

Admit that when you referred to Mia by the name "Mia (Lee) Kim" in your Book, you knew that that was not Mia's name.

**REQUEST NO. 7**

Admit that you wrote on Amazon.com, using the fake name "Brandi L.", the greatly libelous comment toward Plaintiffs attached as Exhibit "A" to Plaintiffs' 4th Supplement to Motion for Summary Judgment.

**REQUEST NO. 8**

Admit that when you wrote in your Book on page 285 that Sue paid Mia $52,500 in 1993, you knew it was not true.

**REQUEST NO. 9**

Admit that you failed to request proof (such as the cancelled check you wrote about in your Book) that Sue paid Mia $52,500 in 1993.

### REQUEST NO. 10

Admit that you failed to request to see the 1993 demand letter from Mia you referenced in your Book on page 285.

### REQUEST NO. 11

Admit that you lied when you wrote in your letter to Tommy Vig dated 11.25.17 that: "*A settlement document was provided to me for the settlement between Mia and the Sue Kim Corporation, which I sourced in the book.*", since you knew that you did not source the same in your Book.

### REQUEST NO. 12

Admit that when you wrote in your letter to Tommy Vig dated 11.25.17 that "*A settlement document was provided to me for the settlement between Mia and the Sue Kim Corporation*", you were referring to a settlement document dated 1987.

### REQUEST NO. 13

Admit that when you wrote in your letter to Tommy Vig dated 11.25.17 that "*A settlement document was provided to me for the settlement between Mia and the Sue Kim Corporation*", you did not reveal that the date on the settlement document was 1987 even though 1987 was in fact the date on that settlement document.

**REQUEST NO. 14**

Admit that when you wrote in your letter to Tommy Vig dated 11.25.17 that: "*A
settlement document was provided to me for the settlement between Mia and the Sue Kim
Corporation",* you did not reveal that the date on the settlement document you were referencing
was 1987 because doing so would reveal that you lied in your Book on page 285 about the non-
existent settlement taking place in 1993, or 6 years later.

**REQUEST NO. 15**

Admit that when you wrote in your letter to Tommy Vig dated 11.25.17 that: "*A
settlement document was provided to me for the settlement between Mia and the Sue Kim
Corporation",* you knew that the date on that settlement document and the claimed payment of
$52.500 was 1987, and yet you referenced that very $52,500 settlement in your Book on page
285 as having occurred in 1993, or 6 years later, constituting knowledge of falsity.

**REQUEST NO. 16**

Admit that when you wrote the story in your Book on page 285 about the 1993 settlement
between Sue and Mia, based on the information you had, you knew for certain that your story
could not be true.

**REQUEST NO. 17**

Admit that you had received many communications from the Vigs, - which you admitted
receiving in two 2017 letters - the Plaintiffs alleging, and providing evidence that you had printed
many specific lies in your Book against them, and even though you were told about the adoptive
admission rule, you never once denied or disputed any of the Vigs' allegations or evidence,
because you knew that what the Vigs told you were true.

**REQUEST NO. 18**

Admit that by not investigating the truth of your allegations against the Vigs which you
wrote on page 285 in your Book, you acted with actual malice towards the Vigs.

**REQUEST NO. 19**

Admit that your untrue allegations against the Vigs, which you wrote on page 285 in your
Book, were written by you with knowledge of their falsity.

**REQUEST NO. 20**

Admit that you did not interview 70 people for your book.

**REQUEST NO. 21**

Admit that you cannot name more than 20 people you interviewed for your Book.

**REQUEST NO. 22**

Admit that you did not specifically deny any of the almost 60 allegations of your lying made against you in the document entitled "LIST OF ADMITTED LIES BY DEFENDANT GERDES" (which document Plaintiffs filed with the Court and properly served on you) because all of the allegations therein are true.

**REQUEST NO. 23**

Admit that in your 1/25/18 Answer to Plaintiffs' Verified Complaint you did not specifically deny any of the allegations made against you by the Plaintiffs in their Verified Complaint because all of the allegations made therein were true.

**REQUEST NO. 24**

Admit that you did not specifically deny at any time any of the allegations made by Plaintiffs in Plaintiffs' Verified Complaint because all of the allegations made therein are true.

**REQUEST NO. 25**

Admit that you failed to oppose Plaintiffs' Summary Judgment Motion because you agree that such Motion should be granted in the interest of justice.

**REQUEST NO. 26**

Admit that you will not oppose Plaintiffs' Summary Judgment Motion because you agree that such Motion should be granted in the interest of justice.

**REQUEST NO. 27**

Admit that you have been mailing back to Plaintiffs their properly served court documents

in the original envelopes, unopened, because you realized that Plaintiffs are correct in wanting

to have your Book withdrawn from sales due to the fact that it is not a biography of Sue Kim or

The Kim Sisters, but a Book of Lies about both Sue and The Kim Sisters.

**REQUEST NO. 28**

Admit that you never really believed the story Sue Kim told you about herself and The Kim

Sisters.

**REQUEST NO. 29**

Admit that since it was you who wrote and published your Book, there is no other party

except you who is responsible for the contents of your Book.

**REQUEST NO. 30**

Admit that you got money from the Bonifazios to write your Book.

**REQUEST NO. 31**

Admit that Sue and/or her husband requested that you do not to interview Mia Kim or

Tommy Vig.

**REQUEST NO. 32**

Admit that you have never had any sworn statement by any witness regarding Mia Kim

having done anything wrong.

87

## REQUEST NO. 33

Admit that if the Vigs are hurt, or killed by Mafioso Bonifazio, or his "large men" (as you referred to his "collectors" (hitmen) in your Book), sales of your Book would increase greatly: there is no such thing as bad publicity.

## REQUEST NO. 34

Admit that if the Vigs were killed by Mafioso Bonifazio or his hitmen, you would make more money from the sales of your Book.

## REQUEST NO. 35

Admit that you were never able to prove any of the derogatory stories you wrote against Plaintiffs in your Book, or on Amazon.com using the fake name "Brandi L", to be true.

## REQUEST NO. 36

Admit that you have not interviewed a single eyewitness regarding any of the derogatory stories you wrote in your Book against Mia Kim or Tommy Vig and their familes.

## REQUEST NO. 37

Admit that your story in your Book regarding Sue's wedding was not true, as proven by the wedding pictures.

**REQUEST NO. 38**

Admit that you never asked for and never received from any source any proof that it was Sue Kim, and not Tommy Vig, who negotiated the 1973 Hilton Contract for The Kim Sisters referenced in your Book.

**REQUEST NO. 39**

Admit that you never received any documentation that could support that the stories you wrote about Sue and John in your Book were true.

**REQUEST NO. 40**

Admit that you invented all the derogatory stories you wrote against Mia Kim in your Book because you needed a foil for Sue Kim in your Book.

**REQUEST NO. 41**

Admit that you invented a non-exisent, completely fictional version of Mia Kim, because you needed an antagonist to Sue in your Book.

**REQUEST NO. 42**

Admit that you invented many false stories in your Book, to make it more interesting than reality and you did not care about besmirching Plaintiffs in the process.

**REQUEST NO. 43**

Admit that you did not ask for and did not receive any evidence or proof from any source of any of the libelous stories you wrote in your Book concerning Mia and Tommy.

**REQUEST NO. 44**

Admit that your idea that Plaintiffs sued the wrong person in you in this lawsuit is based on absolutely no facts, since it was you alone who wrote and published and continue to sell worldwide the defamatory Book mistitled "biography."

**REQUEST NO. 45**

Admit that it was obvious to you that Sue and John hated the Vigs and were prejudiced against them and wanted to hurt them and that your failure to hear Mia's and Tommy's side of the story before publishing your Book constituted actual malice by you against the Vigs.

**REQUEST NO. 46**

Admit that is was obvious to you while writing your Book that Sue was very jealous of and prejudiced against Mia because Mia was still performing on stage, while Sue was only a real estate agent.

**REQUEST NO. 47**

Admit that you just wanted to make money from your Book, and that you did not care about the truth of the story of Sue or The Kim Sisters.

**REQUEST NO. 48**

Admit that your using the false name of "Brandi L." on Amazon.com to besmirch Plaintiffs Mia and Tommy was not the first time you committed such fraud and deceit.

**REQUEST NO. 49**

Admit that the characterization of your Book being "A BOOK OF LIES" is correct.

**REQUEST NO. 50**

Admit that you were aware while writing your Book that after Sue ousted Mia from The

Kim Sisters act, Sue had to pay Mia weekly pursuant to a negotiated 1973 contract.

**REQUEST NO. 51**

Admit that you were aware while writing your Book that Sue broke the 1973 contract

according to which Sue was obligated by signed contract to pay Mia weekly after Sue had ousted

Mia from The Kim Sisters act.

**REQUEST NO. 52**

Admit that you knew while writing your Book that John and Sue stole about four (4)

million dollars from Mia by 1976.

**REQUEST NO. 53**

Admit that you knew that all of your derogatory statements about the Vigs were lies

when you wrote them in your Book, and on Amazon.com using the fake name "Brandi L."

**REQUEST NO. 54**

Admit that you knew that your lies about the Plaintiffs would lower them in the

estimation of the community and that your lies would deter third persons from associating with

the Plaintiffs and that Plaintiffs would no longer be invited to perform in Korea.

**REQUEST NO. 55**

Admit that you always knew from 2008-2016 that you would receive complaints from
the Plaintiffs about all your lies in your Book.

**REQUEST NO. 56**

Admit that you rejected all of Plaintiffs' good faith offers which they made to you to
cooperate with you on your Book.

**REQUEST NO. 57**

Admit that you lied in your letter to Tommy dated 11.25.17 about following the US
Journalism Code of Ethics in your researching, verifying and sourcing the items referenced in
your Book, since you knew that according to their principles of ethical journalism, under the
circumstances you had a duty to interview the Vigs too.

**REQUEST NO. 58**

Admit that you knowingly and negligently made your defamatory statements regarding
Plaintiffs in your Book even though you knew them to be false.

**REQUEST NO. 59**

Admit that you should never have agreed not to interview Mia and Tommy for your
Book, no matter how much money the Bonifazios paid you.

**REQUEST NO. 60**

Admit that you do not have a single sworn statement by any witness to support any of

the more than 50 libelous lies you wrote about Plaintiffs in your Book.

**REQUEST NO. 61**

Admit that you lied about sourcing material from publications regarding wrong-doings

by Mia and/or Tommy, and that you never sourced or came across any such material because

no such material exists.

**REQUEST NO. 62**

Admit that you wrote your libelous Book as a hit piece against the Vigs to enrich yourself

at the expense of the Vigs' wellbeing.

**REQUEST NO. 63**

Admit that by writing and publishing your libelous Book, you are guilty of the crime of

Libel as defined by Idaho Statute 18-4801 and ought to be punished to the full extent of the law

pursuant to Idaho Statute 18-4802 including being fined $5000 and imprisoned in county jail for

six (6) months.

**REQUEST NO. 64**

Admit that the sole affirmative defense you listed in item number 6. in your 1.25.18

Answer to Plaintiffs' Verified Complaint is totally unintelligible, meaningless, and false.

93

**REQUEST NO. 65**

Admit that the sole affirmative defense you listed in item number 6. in your 1.25.18
Answer to Plaintiffs' Verified Complaint is totally false since there is no "necessary and proper
party to the owner of the asset (Sue Kim: The Authorized Biography)" aside from you individually
who alone wrote, published, and continues to sell your Book worldwide.

**REQUEST NO. 66**

Admit that BMG Inc. which you falsely listed in your 1.25.18 Answer to Plaintiffs' Verified
Complaint as being a defendant in this case is not a party to, nor does it have any interest
whatsoever in this case.

**REQUEST NO. 67**

Admit that you have 0 newspaper articles saying anything negative against Mia or Tommy.

## REQUEST NO. 124

*Admit that you* invented and published the story about Mia's long
departed father happily telling Mia's prospective stepmother Lee Nan
Young that getting rid of young Mia meant "one less child to feed and
worry about" and that such fabrication by you, in addition to making
you scum (which is not a crime), constituted your committing the crime
of actual malice per Idaho law, including because (I ) you blackened the
memory of a dead person and *(2) made Mia look ridiculous to
the world.*

REQUEST NO. 104

Admit that you invented derogatory stories about Tommy and Mia in
your Book even when you knew full well that they could not be
true, such as your tale about Mia writing a demand letter to Sue in
1993.

REQUEST NO. 90

Admit that in view of all that you knew about the forged agreements by
Sue Kim and the names of the persons in the life of Sue Kim, _you
purposely misstated names, dates. circumstances and events including
relating to_ Rocky Sennes, David Victorson, Lee Nan Young, Young Ha
Kim. Jean Kim, Tom Ball, Daniel Lembark, Bob Alcivar, George
Hernandez, Lenny Esposito and Ai Ja Kim to make Sue Kim look good
and _others around her look bad._

REQUEST NO. 82

Admit that you read the 1973 agreement of The Kim Sisters and knew
that per that signed contract Sue had to pay Mia _for forcing Mia out of
The Kim Sisters, and that you knowingly lied about this fact in your
Book._

REQUEST NO. 121

Admit that you lied to Amazon about the contents of your book to
induce them to allow you to pay for Amazon publishing the same:
telling Amazon that this was a factual biography of Sue Kim of the Kim
Sisters, when you knew that it was in fact a Book of Lies about The Kim
Sisters and specifically included *at least 50 false, derogatory
accusations about Kim Sister Mia Kim and her husband Tommy Vig.*

REQUEST NO. 122

Admit that you *routinely invented derogatory stories about Tommy and
Mia* in your Book even when you knew that they could not be true.

REQUEST NO. 88

Admit that you were certain when the Bonifazios hired you to write
your Book that the Bonifazios hated the Vigs, and that the Bonifazios
*intended for your Book to damage the Vigs by disseminating derogatory
lies about Mia and Tommy.*

REQUEST NO. 91

Admit that you knew right from the start in 2008 when you were hired
by the Bonifazios to write your Book that it was not going to be a fair
biography, but that you would fill the Book with lies to make Sue Kim
look good and *make others around her look bad, since that was the
purpose of the Book.*

REQUEST NO. 103

Admit that your invented derogatory stories about Tommy and Mia in
your Book were many times self-contradicting and impossible, and
sometimes made no sense at all and that their *sole purpose was the
libeling of the Plaintiffs.*

REQUEST NO. 105

Admit that you knew at the time you wrote your Book that Mia
receiving $52,500 from Sue in 1993 could not be true, and that you
knowingly lied about this in your Book solely *for the express purpose of
libeling Mia.*

REQUEST NO. 119

Admit that you were certain when the Bonifazios hired you to write
your Book that their *intention was to damage the Vigs by your
disseminating derogatory lies about Mia and Tommy through your
Book.*

........................................................................................

## ADDITIONAL ARGUMENT

On April 26, 2007, a fractured California Supreme Court determined
that a defendant may be permanently enjoined from repeating
statements that have been adjudicated at trial to be
defamatory. *Balboa Island Village Inn, Inc. v. Lemen*, S127904.
In the present *Vig v. Foster* case defendant producer Lucas Foster wants
to repeat in a planned show defamatory statements made by Sarah
Gerdes in a book she had published in 2016, but which statements
were admitted by Ms. Gerdes to have been lies including in her
responses to Requests for Admissions. Her admissions included Sue
Kim, who had invented, supplied and approved the defamatory lies and
paid Sarah Gerdes 25.000 dollars to publish the defaming stories:

