UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MIA VIG and TOMMY VIG,<br><br>      Plaintiff-counter-defendants - Appellants,<br><br>  v.<br><br>SUE KIM BONIFAZIO; et al.,<br><br>      Defendants,<br><br>LUCAS FOSTER and WARP MEDIA DEVELOPMENT, INC.,<br><br>      Defendant-counter-claimants - Appellees. | No. 24-7808<br><br>D.C. No.<br>2:24-cv-02345-HDV-PD<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

The district court entered a final order dismissing the case on June 20, 2025. Consequently, this appeal of the district court's September 18, 2024 order denying a preliminary injunction and November 25, 2024 order denying reconsideration is dismissed as moot. *See SEC v. Mount Vernon Mem'l Park*, 664 F.2d 1358, 1361 (9th Cir. 1982) (district court's entry of final judgment renders pending appeal from preliminary injunction moot); *see also* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

All pending motions are denied as moot.

To date, appellants have not filed a notice of appeal of the district court's

June 20, 2025 order.

**DISMISSED.**

24-7808