| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 13 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MIA VIG and TOMMY VIG,<br><br>    Plaintiff-ctr-defendants - Appellants,<br><br> v.<br><br>SUE KIM BONIFAZIO; et al.,<br><br>    Defendants - Appellees,<br><br>LUCAS FOSTER and WARP MEDIA DEVELOPMENT, INC.,<br><br>    Defendant-ctr-claimants - Appellees. | No. 24-7808<br><br>D.C. No. 2:24-cv-02345-HDV-PD<br><br>Central District of California, Los Angeles<br><br>MANDATE |

The judgment of this Court, entered July 22, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

          FOR THE COURT:

          MOLLY C. DWYER
          CLERK OF COURT